**Raymond CHERISSON, Plaintiff—Appellant,**

v.

**UNITED STATES of America, Defendant—Appellee.**

No. 06–8066.

United States Court of Appeals, Fourth Circuit.

Submitted: July 20, 2007.

Decided: Aug. 8, 2007.

Raymond Cherisson, Appellant Pro Se. Christine Blaise Hamilton, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond Cherisson seeks to appeal the district court's order construing his "Omnibus Motion to Modify Term of Imprisonment under 18 U.S.C. § 3582(c)(2)" pursuant to 28 U.S.C. § 2255 (2000), and denying relief. He further seeks to appeal the district court's dismissal of his Fed R. Civ. P. 59(e) motion for reconsideration of that denial of relief. The orders are not appealable unless a circuit justice or judge issues a certificate of ap-

pealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. *Miller–El v. Cockrell,* 537 U.S. 322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d 676, 683–84 (4th Cir.2001). We have independently reviewed the record and conclude that Cherisson has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*